FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2022

No. 04-22-00363-CR

Anthony **SALINAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR10247
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Appellant's brief was due on August 17, 2022. After the due date, Appellant filed a first motion for a sixty-day extension of time to file the brief.

Appellant's motion is granted. Appellant's brief is due on October 17, 2022. *See* TEX. R. APP. P. 38.6(d). Any further motion for an extension of time to file the brief may be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court